RAY HILLIN V. THE STATE.

No. 22247. Delivered November 4, 1942.

The opinion states the case.

*Ben M. Payne, Jr.,* and *J. M. Willis,* both of Henderson, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Upon trial under an indictment charging him with rape appellant was convicted of assault with intent to rape and his punishment assessed at three years in the penitentiary.

No bills of exception are brought forward. The facts have been carefully examined. We see no benefit to accrue from a recital of them here. They amply support the verdict and judgment.

The judgment is affirmed.